UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-MJ-1657-JG

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER** |
| PHUONG NGOC TRUONG | |

Upon motion of Phuong Ngoc Truong to withdraw her August 17, 2017 Motion to Seal (D.E. 6), and for good cause shown, the motion to withdraw shall be ALLOWED. The Clerk is DIRECTED to unseal all relevant Docket Entries in accord with this Order and the Court's related Orders of August 23, 2017 (D.E. 7) and August 24, 2017 (D.E. 8).

SO ORDERED.

Dated: August 31, 2017

*Robert T Numbers II*

Robert T. Numbers, II
United States Magistrate Judge